DANIEL G. BOGDEN
United States Attorney
District of Nevada
Nevada Bar No. 2137
JENNIFER LEE TARN, CSBN 240609
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8825
Facsimile: (415) 744-0134
E-Mail: Jennifer.Tarn@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| PANAYIOTIS TZORTZIS,<br><br>    Plaintiff,<br><br>        v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:15-cv-138-RFB-CWH<br><br>**STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT** |

**I. SUMMARY OF ADMINISTRATIVE PROCEEDINGS**

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new hearing and decision.

Upon remand to the defendant, the Office of Disability Adjudication and Review will remand this case to an Administrative Law Judge and direct him or her to weigh the medical opinions of record, articulating the weight assigned each opinion and the reasons for that weight; the Administrative Law Judge will reconsider the credibility of the claimant's allegations; reassess

the claimant's residual functional capacity; and the Administrative Law Judge will obtain vocational expert evidence at step four and, if necessary, step five of the sequential evaluation process.

Date: July 7, 2015

Respectfully submitted,
LAW OFFICES OF ROHLFING & KALAGIAN, LLP

By: */s/ Marc V. Kalagian*     *
MARC. V. KALAGIAN
* *By email authorization on July 7, 2015*
Attorney(s) for Plaintiff

Date: July 7, 2015

DANIEL G. BOGDEN
United States Attorney

By: */s/     Jennifer Lee Tarn*
JENNIFER LEE TARN
Special Assistant United States Attorney
Attorneys for Defendant

Of Counsel to Defendant:

DONNA L. CALVERT
Regional Chief Counsel, Region IX

MARCELO N. ILLARMO
Assistant Regional Counsel
Social Security Administration

**ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, IT IS ORDERED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

RICHARD F. BOULWARE, II
United States District Judge

DATED this 22nd day of July, 2015.

2